UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARMEN FAUNTROY,

    Plaintiff,

v.                                                                               Case No. 11-CV-10959
                                                                                      HON. GEORGE CARAM STEEH

JP MORGAN CHASE BANK N.A.,

    Defendant.

_____/

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

On February 17, 2011, plaintiff, appearing *pro se*, filed suit against JPMorgan Chase Bank, National Association, as successor to Chase Home Finance LLC, in the Wayne County Circuit Court, alleging improprieties relating to her mortgage and mortgage foreclosure. On March 10, 2011, defendant removed the case to this court. On August 29, 2011, defendant filed a motion for summary judgment arguing that defendant is not a proper party to this action and that plaintiff lacks standing to challenge the foreclosure because the redemption period has expired. The deadline for plaintiff to file a response has passed and no response was filed. Therefore, for the reasons set forth in defendant's motion for summary judgment, defendant's motion for summary judgment is GRANTED. IT IS SO ORDERED.

                                                                           s/George Caram Steeh

                                                                           GEORGE CARAM STEEH
                                                                           UNITED STATES DISTRICT JUDGE

Dated: October 5, 2011

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 5, 2011, by electronic and/or ordinary mail and to Carmen Fauntroy at 17471 Hamilton Road, Detroit, MI 48203.

s/Josephine Chaffee
Deputy Clerk

---